**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:                                        CASE NO. 05-50062-PCY5
                                              CHAPTER 13
JOHN E. HOLCOMB
TERI L. HOLCOMB

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and
through her undersigned attorneys, and hereby files this
Notice of Payment of Unclaimed Funds, and in support
thereof hereby states:

1.   The Trustee has issued check(s) FOR: CHEVRON
CREDIT BANK, N.A. which remains outstanding and uncleared.

2.   The Trustee has placed a Stop Payment Order with
the bank on the check(s).

3.   The Trustee is required to remit the funds to the
Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits
her check number 379801 in the amount of 26.41 to the
Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.

OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| JOHN E. HOLCOMB | CHEVRON CREDIT BANK, NA |
| TERI L. HOLCOMB | PO BOX 5010, SECT 230 |
| 2589 A KENT ROAD | CONCORD, CA 94524-0010 |
| CHIPLEY,  FL  32428 | |

AND

QUINN E. BROCK, ESQUIRE
P.O. BOX 311167
ENTERPRISE, AL 36331-1167

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.

10/30/2009 11:57 am / CR_213

OFFICE OF CHAPTER 13 TRUSTEE