**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:                                    CASE NO. 05-50062-PCY5
                                          CHAPTER 13
JOHN E. HOLCOMB
TERI L. HOLCOMB

                    Debtor(s)
_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and

through her undersigned attorneys, and hereby files this

Notice of Payment of Unclaimed Funds, and in support

thereof hereby states:

        1.   The Trustee has issued check(s) FOR: CAPITAL ONE

which remains outstanding and uncleared.

        2.   The Trustee has placed a Stop Payment Order with

the bank on the check(s).

        3.   The Trustee is required to remit the funds to the

Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 386466 in the amount of $13.25 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
                       OFFICE OF THE CHAPTER 13 TRUSTEE
                       POST OFFICE BOX 646
                       TALLAHASSEE, FL 32302
                       ldhecf@earthlink.net
                       (850) 681-2734 "Telephone"
                       (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
JOHN E. HOLCOMB              CAPITAL ONE
TERI L. HOLCOMB              P.O. BOX 85167
2589 A KENT ROAD             RICHMOND, VA 23285
CHIPLEY,  FL 32428

AND

QUINN E. BROCK, ESQUIRE
P.O. BOX 311167
ENTERPRISE, AL 36331-1167
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                    /s/Leigh D. Hart or
2/18/2010  1:06 pm / CR_213    /s/William J. Miller, Jr.
                       OFFICE OF CHAPTER 13 TRUSTEE
```